IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF:                    )        IN CHAPTER 7
                                     )
**Steven Davis**                     )        No. 11 B 11376
                Debtor(s)            )

## PROOF OF SERVICE

TO:      See Attached


        I, JOSEPH E. COHEN, Trustee herein state that copies of the Notice of Trustee's

Final Report and Applications for Compensation and Deadline to Object, was sent on July

14, 2016, by First Class U.S. Mail and/or ECF to the persons shown on the attached

service list.


JOSEPH E. COHEN
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                              BY:/s/ Joseph E. Cohen_____
                                              One of His Attorney

John W. Costello, Litigation Trustee
Wildman Harrold Allen
225 W Wacker Drive
Suite 2800
Chicago, IL   60606

Discover Bank DB Servicing Corp
P.O. Box 3025
New Albany, OH 43054-3025

FIA Card Services, NA
P.O. Box 15102
Wilmington, DE   19886-5102

American Express Centurion Bank
c/o Becket & Lee LLP
P.O. Box 3001
Malvern, PA   19355-0701

Chase Bank USA NA
P.O. Box 15145
Wilmington, DE   19850-5145

Davis McGrath, LLC
125 W Wacker Drive
Suite 1700
Chicago, IL   60606

Bruce Wald
bwald@tishlerandwald.com

Steven Davis
221 Vintage Lane
Buffalo Grove, IL   60089

Office of the US Trustee
USTPRegion11.ES.ECF@usgoj.gov