UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
DAVIS, STEVEN R. § Case No. 11-11376
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 25.00 *(Without deducting any secured claims)* | Assets Exempt: 431,989.00 |
| Total Distributions to Claimants: 11,667.41 | Claims Discharged Without Payment: 600,580.22 |
| Total Expenses of Administration: 5,596.59 | |

3) Total gross receipts of $ 17,264.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 17,264.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,596.59 | 5,596.59 | 5,596.59 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 55,621.67 | 598,308.13 | 598,308.13 | 11,667.41 |
| **TOTAL DISBURSEMENTS** | $ 55,621.67 | $ 603,904.72 | $ 603,904.72 | $ 17,264.00 |

4) This case was originally filed under chapter 7 on 03/18/2011 . The case was pending for 68 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/18/2016          By:/s/JOSEPH E. COHEN
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| STOCK | 1129-000 | 17,264.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 17,264.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN, JOSEPH E. | 2100-000 | NA | 2,476.40 | 2,476.40 | 2,476.40 |
| ASSOCIATED BANK | 2600-000 | NA | 12.42 | 12.42 | 12.42 |
| COHEN & KROL | 3110-000 | NA | 2,032.01 | 2,032.01 | 2,032.01 |
| JOSEPH E. COHEN, ATTORNEY | 3110-000 | NA | 1,015.99 | 1,015.99 | 1,015.99 |
| COHEN & KROL | 3120-000 | NA | 59.77 | 59.77 | 59.77 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,596.59 | $ 5,596.59 | $ 5,596.59 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citicard<br>Customer Svc<br>P.O. Box 6500<br>Sioux Falls, SD  57117 | | 5,066.00 | NA | NA | 0.00 |
| | Exxon Mobil<br>Processing Center<br>Des Moines, IA  50361 | | 3,440.00 | NA | NA | 0.00 |
| | Figliulo & Silverman<br>10 S LaSAlle Street<br>Ste 3600<br>Chicago, IL  60603 | | 1,782.50 | NA | NA | 0.00 |
| | Sears Premier Card<br>P.O. Box 183081<br>Columbus, OH  43218-3081 | | 3,651.00 | NA | NA | 0.00 |
| 000004 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 34.00 | 34.00 | 0.66 |
| 000005 | CHASE BANK USA, N.A. | 7100-000 | 1,064.00 | 998.12 | 998.12 | 19.46 |
| 000006 | CHASE BANK USA, N.A. | 7100-000 | 14,732.00 | 8,352.87 | 8,352.87 | 162.89 |
| 000007 | CHASE BANK USA, N.A. | 7100-000 | NA | 5,544.95 | 5,544.95 | 108.13 |
| 000008 | CHASE BANK USA, N.A. | 7100-000 | 2,326.00 | 2,326.10 | 2,326.10 | 45.36 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | DAVIS MCGRATH LLC | 7100-000 | 10,610.17 | 21,952.54 | 21,952.54 | 428.09 |
| 000002 | DISCOVER BANK DB SERVICING CORPORAT | 7100-000 | 10,223.00 | 10,496.15 | 10,496.15 | 204.68 |
| 000003 | FIA CARD SERVICES, N.A. | 7100-000 | 2,727.00 | 2,853.08 | 2,853.08 | 55.64 |
| 000001 | JOHN W. COSTELLO, LITIGATION TRUSTE | 7100-000 | NA | 545,750.32 | 545,750.32 | 10,642.50 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 55,621.67 | $ 598,308.13 | $ 598,308.13 | $ 11,667.41 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-11376 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | DAVIS, STEVEN R. | Date Filed (f) or Converted (c): | 03/18/11 (f) |
| | | 341(a) Meeting Date: | 05/09/11 |
| For Period Ending: | 10/18/16 | Claims Bar Date: | 11/17/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE<br>221 VINTAGE LANE, BUFFALO GROVE, IL | 305,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 25.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING<br>BUFFALO GROVE BANK & TRUST | 209.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS & PICTURES | 200.00 | 0.00 | | 0.00 | FA |
| 6. APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 7. WATCH<br>15 YEAR OLD ROLEX | 300.00 | 1,700.00 | | 0.00 | FA |
| 8. LIFE INSURANCE<br>METROPOLITAN LIFE INS CO | 2,040.00 | 0.00 | | 0.00 | FA |
| 9. IRA<br>MERRILL LYNCH | 56,801.00 | 0.00 | | 0.00 | FA |
| 10. 401(K)<br>SEARS HOLDINGS FINANCIAL BENEFITS | 53,914.00 | 0.00 | | 0.00 | FA |
| 11. STOCK<br>16,000 SHARES OF COMDISCO HOLDING | 15,000.00 | 25,000.00 | | 17,264.00 | FA |
| 12. CHECKING<br>CITIBANK | 225.00 | 0.00 | | 0.00 | FA |
| 13. LIFE INSURANCE<br>MINNESOTA LIFE INS CO | 12,000.00 | 0.00 | | 0.00 | FA |
| 14. LIFE INSURANCE<br>PRUDENTIAL LIFE INS CO | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

Case 11-11376   Doc 68   Filed 11/07/16   Entered 11/07/16 14:55:39   Desc Main
Document      Page 8 of 11

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 11-11376  ABG  Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | DAVIS, STEVEN R. | Date Filed (f) or Converted (c): | 03/18/11 (f) |
| | | 341(a) Meeting Date: | 05/09/11 |
| | | Claims Bar Date: | 11/17/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $447,014.00 | $26,700.00 | | $17,264.00 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE FILED A MOTION TO APPROVE COMPROMISE OR SETTLEMENT PER RULE 9019 WITH JOHN COSTELLO, LIQUIDATING TRUSTEE OF THE COMDISCO LITIGATION TRUST WHICH WAS HELD ON APRIL 29, 2016. FUNDS HAVE BEEN RECEIVED - May 23, 2016.  TRUSTEE IS STILL WAITING FOR DISTRIBUTION - 01/20/2016- COMMUNICATED WITH COMDISCO TRUSTEE AND WAITING FOR DISTRIBUTION - Oct. 31, 2015. NO CHANGE - July 30, 2015. TRUSTEE STILL WAITING FOR A DISTRIBUTION - April 25, 2015. TRUSTEE IN COMDISCO CASE STILL HAS NOT MADE A DISTRIBUTION - Jan. 17, 2015.  TRUSTEE INVESTIGATING VALUE OF STOCK OWNED BY DEBTOR.  TRUSTEE IS WAITING FOR A POTENTIAL DISTRIBUTION FROM COMDISCO CHAPTER 11 FOR STOCK OWNED BY THE DEBTOR.  TRUSTEE HAS CONTACTED THE DISBURSING AGENT FOR COMDISCO TO DETERMINE WHEN A DISTRIBUTION MAY BE FORTHCOMING - January 15, 2014.  STILL WAITING FOR DISTRIBUTION - July 17, 2014. Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 02/28/13     Current Projected Date of Final Report (TFR): 06/30/16

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-11376 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | DAVIS, STEVEN R. | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******6413 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3810 |  |  |
| For Period Ending: | 10/18/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 05/17/16 | 11 | Comdisco Litigation Trust | Compromise of claim | 1129-000 | 17,264.00 |  | 17,264.00 |
| 06/07/16 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 12.42 | 17,251.58 |
| 08/19/16 | 300001 | JOSEPH E. COHEN, Trustee<br>105 W. Madison, Ste 1100<br>Chicago, IL 60602 | Trustee Compensation | 2100-000 |  | 2,476.40 | 14,775.18 |
| 08/19/16 | 300002 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee Fees (Trustee |  |  | 2,091.78 | 12,683.40 |
|  |  |  | Fees 2,032.01 | 3110-000 |  |  |  |
|  |  |  | Expenses 59.77 | 3120-000 |  |  |  |
| 08/19/16 | 300003 | JOSEPH E. COHEN, Attorney<br>105 W Madison<br>Suite 1100<br>Chicago, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 |  | 1,015.99 | 11,667.41 |
| 08/19/16 | 300004 | John W. Costello, Litigation Trustee<br>Wildman Harrold Allen<br>225 W. Wacker Drive<br>Suite 2800<br>Chicago, IL 60606 | Claim 000001, Payment 1.95007%<br>(1-1) Redacted PDF per entry #[45] | 7100-000 |  | 10,642.50 | 1,024.91 |
| 08/19/16 | 300005 | Discover Bank DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 1.95005% | 7100-000 |  | 204.68 | 820.23 |
| 08/19/16 | 300006 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000003, Payment 1.95017% | 7100-000 |  | 55.64 | 764.59 |
| 08/19/16 | 300007 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000004, Payment 1.94118%<br>(4-1) CREDIT CARD DEBT | 7100-000 |  | 0.66 | 763.93 |
|  |  |  | Page Subtotals | | 17,264.00 | 16,500.07 | |

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-11376 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | DAVIS, STEVEN R. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6413 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3810 | | |
| For Period Ending: | 10/18/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/19/16 | 300008 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000005, Payment 1.94967% | 7100-000 | | 19.46 | 744.47 |
| 08/19/16 | 300009 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000006, Payment 1.95011% | 7100-000 | | 162.89 | 581.58 |
| 08/19/16 | 300010 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000007, Payment 1.95006% | 7100-000 | | 108.13 | 473.45 |
| 08/19/16 | 300011 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000008, Payment 1.95005% | 7100-000 | | 45.36 | 428.09 |
| 08/19/16 | 300012 | Davis McGrath LLC<br>125 S. Wacker Dr.<br>Ste. 1700<br>Chicago, IL 60606 | Claim 000009, Payment 1.95007% | 7100-000 | | 428.09 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 17,264.00 | 17,264.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 17,264.00 | 17,264.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 17,264.00 | 17,264.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******6413 | 17,264.00 | 17,264.00 | 0.00 |
| | 17,264.00 | 17,264.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals            0.00            763.93

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-11376 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | DAVIS, STEVEN R. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6413 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3810 | | | |
| For Period Ending: | 10/18/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account (Non-Interest Earn - ********6413)

| | | | | | Page Subtotals | 0.00 | 0.00 |

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*